

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2015

No. 04-14-00556-CV

**IN THE INTEREST OF C.L.W., S.S.W., AND L.M.W.,** Children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-15199
Honorable Richard Price, Judge Presiding

## O R D E R

Appellee has filed an unopposed motion to abate this appeal so the parties may mediate their dispute. We grant the motion and **order** the deadlines in this appeal are suspended until **March 16, 2015**. A motion to dispose of this appeal or appellee's brief must be filed by **March 16, 2015.**

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of February, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court